Opinion issued May 12, 2011








 

 

 

 

 

 



 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 













 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-10-00902-CR

____________

 

CEDRIC JACKSON, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 185th District Court 

Harris County, Texas

Trial Court Cause No. 1270359

 

 



MEMORANDUM
OPINION 

          Appellant, Cedric
Jackson, was charged with aggravated robbery in the above-referenced case.  On September 28, 2010, appellant filed an
interlocutory appeal, challenging the trial court’s August 30, 2010 denial of
his motion to suppress.  On December 7,
2010, the trial court dismissed the underlying case on the State’s motion. 

No motion to withdraw the notice of appeal has been filed. See Tex.
R. App.  P. 42.2.  However, the appeal was rendered moot by the
order granting the motion to dismiss the underlying case. See Jack v. State, 149
S.W.3d 119, 123 n.10 (Tex. Crim. App. 2004) (stating that appeal becomes moot
when judgment of appellate court cannot affect existing controversy or cannot
affect parties’ rights).  An appellate
court is prohibited from deciding a moot controversy.  See Ex
parte Flores, 130 S.W.3d 100, 104–05 (Tex. App.—El Paso 2003, pet. ref’d). 

Accordingly, because the appeal is moot, we dismiss for lack of
jurisdiction. See Tex. R. App. P. 43.2(f).  Further, we dismiss any pending motions as
moot. 

We direct the Clerk to issue the mandate within 10 days of the date of
this opinion.  See Tex. R. App. P.
18.1.

                                                PER CURIAM

 

Panel consists of Justices Keyes, Sharp, and Massengale.

Do not publish.  See Tex.
R. App. P. 47.2(b).